IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

MARAIDA ECHEVARRIA,

Defendant.

15-CR-6119 G

INFORMATION
(Felony)

Violation:
18 U.S.C. § 1594(c)

## COUNT 1

**The United States Attorney Charges That:**

Between in or about November 2013 and in or about February 2014, in the Western District of New York, and elsewhere, the defendant, MARAIDA ECHEVARRIA, did knowingly, willfully and unlawfully combine, conspire and agree with Christian Nartey a/k/a Brisco, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate and foreign commerce, Victim 1, a person under the age of 18, knowing and in reckless disregard of the fact that Victim 1 had not attained the age of 18 years and that Victim 1 would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a)(1).

**All in violation of Title 18, United States Code, Section 1594(c).**

DATED:   Rochester, New York, September 3, 2015.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY:    _____
MELISSA M. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
Melissa.Marangola@usdoj.gov